THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT 
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Mary B. Brown,       
Petitioner,
 
 
 

v.

 
 
 
George D. Zamias, d/b/a Rock Hill Galleria,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF 
 APPEALS

Appeal From York County
Paul E. Short, Jr., Circuit Court Judge

Memorandum Opinion No. 2004-MO-010
Heard February 18, 2004 - Filed April 
 5, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Thomas E. Elliott, Jr., of the Elliott Law Firm, of Columbia, for Petitioners.
Kenneth Ray Raynor, of Templeton & Raynor, PA, of Charlotte, for Respondent.
 
 
 

 PER CURIAM:  We granted a writ 
 of certiorari to review the Court of Appeals opinion in Brown v. Zamias, 
 2002-UP-715 (S.C. Ct. App. filed Nov. 15, 2002).  We dismiss the writ as improvidently 
 granted.  
 DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and 
 Acting Justice J. Cordell Maddox, Jr., concur.